DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

325 WEST F STREET, SAN DIEGO CA 92101-6991

In Re
   LUISITO DIJAMCO      LORICO
   AMELIA MENDOZA       LORICO
   8373 LARKDALE AVENUE
   SAN DIEGO CA
                               92123     Debtor.

BANKRUPTCY NO.

0801154-T 13

HEARING DATE: 05/07/2008
TIME: 10:00 AM   DEPT. 4

## DECLARATION REGARDING DUTY TO CONFER (LOCAL RULE 3015-6)

Pursuant to Local Rule 3015-6 a meet and confer occurred on 04/30/2008 between the Trustee (or Trustee's attorney) and debtor's attorney (or debtor).

Attorney will file adversary to stop garnishment and will provide modification. Attorney will request continuance. Trustee will not oppose continuance conditioned upon preconfirmation modification and adversary having been filed and payment received.

Under penalty of perjury, I declare the foregoing to be true and correct.

Date: April 30, 2008

/s/ David L. Skelton
David L. Skelton, Trustee

I hereby certify under penalty of perjury that I served a true copy of this declaration on the attorney for the debtor (or debtor) by U.S. mail, postage prepaid.

APR 3 0 2008

KERRY A DENTON ESQ #147206
231 FOURTH AVE
CHULA VISTA CA
    91910

_____
Clerk of the office of
David L Skelton, Trustee